that capacity unless a showing is made that the convenient administration of justice requires otherwise. Federal courts have at times imposed the burden of representative status on an unwilling defendant, *e.g.*, *Research Corp v Pfister Associated Growers, Inc*, 301 F Supp 497 (ND Ill, 1969). The committee proposal is intended to discourage this practice.

A named defendant who declines to serve as a representative would, of course, remain in the action in his or her individual capacity.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the State Bar Journal.

MAY 21, 1981

MILLER v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. (Docket Nos. 62962, 62963.) Rehearing denied. *Sloan, Benefiel & Farrer* for plaintiffs-appellants. *Willingham, Coté, Hanslovsky, Griffith & Foresman, P.C.*, and *James, Dark & Brill* for defendant-appellant. Reported at 410 Mich 538.

SMITH v ALLENDALE MUTUAL INSURANCE COMPANY, SABRAW v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, BULLOCK v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, CSUTORA v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, HANSEN v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, and WAUGH v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY. (Docket Nos. 60645, 62465-62470.) Rehearing denied. *Goodman, Eden, Millender & Bedrosian* for plaintiffs-appellants Smith. *Cicinelli, Mossner, Majoros & Alexander, P.C.*, for plaintiffs-appellees Sabraw, Bullock, Csutora and Hansen. *Martin & Martin* for plaintiff-appellee Waugh. *David, Gotshall, Kohl, Secrest, Wardle, Lynch & Clark* for defendants-appellees Allendale Mutual